UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| **MAVIS GRANT,** | **JUDGMENT IN A CIVIL CASE** |
|     **Plaintiff,** | |
| **vs.** | |
| **VENTURE EXPRESS, INC.,** | **CASE NO: 22-1177-STA-jay** |
|     **Defendant.** | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Notice of Voluntary Dismissal entered on December 2, 2022, this cause is hereby DISMISSED with prejudice.

                                                      **APPROVED:**

**s/ S. Thomas Anderson**
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 12/5/2022**                         **THOMAS M. GOULD**
                                              **Clerk of Court**

                                                    **s/Maurice B. BRYSON**

                                                  **(By)   Deputy Clerk**